FILED

01/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0281

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0281

_____

SADDLEBROOK INVESTMENTS, LLC,
as Assignee of STUART M. SIMONSEN,

Plaintiff and Appellee,

v.                                                               O R D E R

KROHNE FUND. L.P., SEAN WRIGHT,
and ANTHONY BIRBILIS,

Defendants and Appellants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Anthony Birbilis, to all counsel of record, and to the Honorable Jessica T. Fehr, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 17 2024